UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-283-MOC
(3:13-cr-108-MOC-1)

| | |
|---|---|
| DERRICK WALKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court upon Respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance. (Doc. No. 3.) Having considered the Motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Respondent's Motion to Place Motion Under 28 U.S.C. § 2255 in Abeyance (Doc. No. 3) is **GRANTED**, and this matter is **HELD** in abeyance pending issuance of a decision by the United States Supreme Court in <u>Beckles v. United States</u>, No. 15-8455, or a decision by the Fourth Circuit Court of Appeals in <u>United States v. Haynes</u>, No. 15-4638, whichever is issued first. Thereafter, Respondent shall have 60 days to Answer, move for further abeyance, or otherwise respond to the § 2255 Motion to Vacate.

Signed: November 10, 2016

Max O. Cogburn Jr.
United States District Judge

1